**Maria MURILLO CEBALLOS,
Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 07–74307.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 12, 2010.

Reza Athari, Reza Athari & Associates, PLLC, a Multi–Jurisdictional Firm, Las Vegas, NV, for Petitioner.

Maria Murillo Ceballos, Las Vegas, pro se.

Regan Hildebrand, OIL, Aimee J. Frederickson, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, NVL–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Maria Murillo Ceballos, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence factual findings of the IJ. *Ramos v. INS,* 246 F.3d 1264, 1266 (9th Cir.2001). We deny the petition for review.

Substantial evidence supports the IJ's determination that Murillo Ceballos provided false testimony for the purpose of obtaining an immigration benefit, thereby rendering her unable to establish the requisite good moral character for cancellation of removal. *See* 8 U.S.C. §§ 1101(f)(6), 1229b(b)(1)(B); *see also Ramos,* 246 F.3d at 1266.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

